UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACIE R. SHIRES,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No. 03-cv-672-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Tracie R. Shires and against defendant Jo Anne B. Barnhart, Commissioner of Social Security; that the decision of the defendant Commissioner of Social Security is reversed; and that this case is remanded to the defendant Commissioner of Social Security for further proceedings and a new decision pursuant to sentence four of 42 U.S.C. § 405(g).

**NORBERT JAWORSKI**

DATED: August 31, 2005    **s/ Judith Prock, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**